**Opinion issued April 11, 2024**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-24-00215-CV**

———————————

## IN RE RONALD HECHT AND RAH CONTRACTORS, INC., Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Ronald Hecht and RAH Contractors, Inc. (collectively, "relators"), have filed a petition for a writ of mandamus requesting that this Court "issue a writ of mandamus" directing the trial court to "not require disclosure of [relators'] privileged information and trade secrets."[1]

---

[1] The underlying case is *Ronald Hecht and RAH Contractors, Inc. v. Avi Ron and Urban Meridian Group, Inc.*, Cause No. 2021-82564, in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

Relators' petition does not comply with the requirements enumerated in Texas Rules of Appellate Procedure 52.7. *See* TEX. R. APP. P. 52.7 (relator "must file" record with mandamus petition containing "certified or sworn copy of every document that is material to the relator's claim for relief and that was filed in any underlying proceeding"). In the absence of a record, this Court cannot evaluate the merits of relators' petition. *See e.g.*, *In re Edwards*, No. 01-22-00063-CR, 2022 WL 710078, at *1 (Tex. App.—Houston [1st Dist.] Mar. 10, 2022, orig. proceeding [mand. denied]) (mem. op.).

Accordingly, we deny relators' petition for writ of mandamus without prejudice to refile a petition for writ of mandamus that complies with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Countiss, and Rivas-Molloy.